## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NOVACARE HOLDINGS** | * | |
| **Plaintiff(s)** | | |
| | * | |
| **vs.** | | **Civil No.: CCB-00-2084** |
| | * | |
| **MILLENNIUM HOLDINGS** | | |
| **Defendant(s)** | * | |

****** 

## ORDER

Plaintiff having failed to serve the summons and complaint upon the above named

defendant within 120 days after the filing of the complaint, it is, this _2_ day of

_November_ 20 _00_ ,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the

complaint should not be dismissed as to the above named defendant without prejudice pursuant

to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
**CATHERINE C. BLAKE**
**UNITED STATES DISTRICT JUDGE**