IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**NOVACARE HOLDINGS**         *
        **Plaintiff**
                        *

**vs.**                                 **Civil No.: CCB-00-2084**
                        *

**MILLENNIUM HOLDINGS**
        **Defendant**         *
                        ******

## ORDER

The parties having failed to show cause why this case should not be dismissed for lack of prosecution as required by the prior Order of this court, it is this 22nd day of November, 2000,

**ORDERED** that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

                                                    Catherine C. Blake
                                                    United States District Judge